# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN RE:  PETITION OF THE TRUSTEE OF THE ROOSEVELT-BENTMAN TRUST FOR AMERICAN VOTERS ON BEHALF OF SENATOR A, SENATOR B AND REPRESENTATIVE C | :  No. 28 EM 2016 |
| PETITION OF:  PETER J. WIRS, TRUSTEE | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of April, 2016, the Application for Exercise of King's Bench Powers, the Application for Expedited Disposition, the "Rule Nisi (Order to Show Cause)," and the Application for Leave to Reply to Answer are **DENIED**.